AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| Great American nsurance Company, )<br>*Plaintiff* )<br>v. )<br>Joseph Zelik )<br>*Defendant* ) | Case No.   1:19-cv-01805-(JSR) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant

Date:    06/14/2019

/s/ Marshall Gilinsky
*Attorney's signature*

Marshall Gilinsky
*Printed name and bar number*

Anderson Kill P.C.
1251 Avenue of the Americas,
New York, NY  10020

*Address*

mgilinsky@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*