UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ZELIK<br><br>Defendant. | **Case No: 1:19-cv-1805(JSR)** |

## CERTIFICATE OF SERVICE

I, Grant Brown, attorney for Defendant herein, hereby certify that on June 24, 2019, a copy of Defendant Joseph Zelik's First Request for the Production of Documents was served on the attorneys for Plaintiff Great American Insurance Company, who are listed below, by email and U.S. mail:

Mark Vespole
Nana Sarpong
Wilson Elser Moskowitz Edelman & Decker
200 Campus Drive, Suite #200
Florham Park, NJ 07932
Mark.vespole@wilsonelser.com
Nana.sarpong@wilsonelser.com
(973) 735-6134

Grant Brown

docs-100148210.1