UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE COMPANY,

                Plaintiff / Counter-Defendant,

-against-

JOSEPH ZELIK,

                Defendant / Counter-Plaintiff.

**NOTICE OF APPEARANCE**

Case No.: 1:19-cv-01805-JSR

JOSEPH ZELIK,

                Third-Party Plaintiff,

-against-

SECURE INSURE BROKERAGE INC. f/k/a INSURE SECURE INC.,

              Third-Party Defendant.

Howard S. Kronberg hereby enters his appearance in the above-captioned matter on behalf of Third-Party Defendant SECURE INSURE BROKERAGE INC. f/k/a INSURE SECURE INC.

DATED:    White Plains, New York
                July 31, 2019

                **KEIDEL, WELDON & CUNNINGHAM, LLP**
                Attorneys for the Third-Party Defendant

    By:    *Howard S. Kronberg*
                Howard S. Kronberg, Esq.
                hkronberg@kwcllp.com
                925 Westchester Avenue, Suite 400
                White Plains, New York 10604
                Tel:    (914) 948-7000
                Fax:   (914) 948-7010

## CERTIFICATION OF SERVICE

I hereby certify that on the 31st day of July 2019, I filed and served this document through the electronic filing system upon the following parties:

Mark R. Vespole
Katherine E. Tammaro
Nana K. Sarpong
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
200 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel:    (973) 624-0800
Fax:    (973) 624-0808
Mark.Vespole@wilsonelser.com
Katharine.Tammaro@wilsonelser.com
Nana.Sarpong@wilsonelser.com

Marshall N. Gilinsky
Grant E. Brown
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
Tel:    (212) 278-1000
Fax:    (212) 278-1733
mgilinsky@andersonkill.com
gbrown@andersonkill.com

The document electronically filed and served is available for viewing and/or downloading from the Eastern District of New York's PACER System.

                                                         /s/ Howard S. Kronberg