UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE COMPANY,

           Plaintiff / Counter-Defendant,

-against-

JOSEPH ZELIK,

           Defendant / Counter-Plaintiff.

JOSEPH ZELIK,

           Third-Party Plaintiff,

-against-

SECURE INSURE BROKERAGE INC. f/k/a INSURE SECURE INC.,

           Third-Party Defendant.

**CERTIFICATE OF SERVICE**

Case No.: 1:19-cv-01805-JSR

    I, Howard Kronberg, attorney for Third-Party Defendant SECURE INSURE BROKERAGE INC. f/k/a INSURE SECURE INC. ("Secure Insure") herein, hereby certify that on August 6, 2019, (1) a copy of Secure Insure's First Request for the Production of Documents to Joseph Zelik, (2) a copy of Secure Insure's First Request for the Production of Documents to Great American Insurance Company, (3) a copy of Secure Insure's Notice of Deposition to Joseph Zelik, and (4) a copy of Secure Insure's Notice of Deposition to Great American Insurance Company were served on all counsel in the matter, listed below, by email and U.S. mail:

    Mark R. Vespole
    Katherine E. Tammaro
    Nana K. Sarpong
    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
    200 Campus Drive, Suite 400

Florham Park, New Jersey 07932
Tel:     (973) 624-0800
Fax:     (973) 624-0808
Mark.Vespole@wilsonelser.com
Katharine.Tammaro@wilsonelser.com
Nana.Sarpong@wilsonelser.com

Marshall N. Gilinsky
Grant E. Brown
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
Tel:     (212) 278-1000
Fax:     (212) 278-1733
mgilinsky@andersonkill.com
gbrown@andersonkill.com

DATED:     White Plains, New York
                   August 6, 2019

**KEIDEL, WELDON & CUNNINGHAM, LLP**
Attorneys for the Third-Party Defendant

By:     *Howard S. Kronberg*
           Howard S. Kronberg, Esq.
           925 Westchester Avenue, Suite 400
           White Plains, New York 10604
           Tel:     (914) 948-7000
           Fax:     (914) 948-7010
           hkronberg@kwcllp.com

2