UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>JOSEPH ZELIK<br><br>   Defendant/ Counter-Plaintiff<br>   /Third-Party Plaintiff,<br><br>JOSEPH ZELIK<br><br>   Defendant/ Counter-Plaintiff<br>   /Third-Party Plaintiff,<br><br>v.<br><br>SECURE INSURE BROKERAGE INC. f/k/a INSURE SECURE INC.<br><br>   Third-Party Defendants | Case No.: 1:19-CV-01805-JSR |

### DEFENDANT JOSEPH ZELIK'S RESPONSE TO
### PLAINTIFF GREAT AMERICAN INSURANCE COMPANY'S
### <u>MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY</u>

Defendant/Counter-Plaintiff/Third-Party Plaintiff Joseph Zelik, by and through his attorneys, Anderson Kill, P.C., respectfully responds to Plaintiff/Counter-Defendant Great American Insurance Company's ("Great American") Motion to Deposit Funds into the Court Registry as follows:

Mr. Zelik does not oppose Great American's request to deposit with the court funds in the amount of $303.99. Mr. Zelik, however, continues to maintain that Great American's causes of action for rescission and reformation are improper and that it is not entitled to the equitable relief

docs-100193857.1

that it seeks.  Mr. Zelik reserves argument on these contested issues, which he will raise in his Motions for Summary Judgment under Rule 56 following discovery in this case.

Dated: August 23, 2019

                                                      By: ___/s/ Marshall Gilinsky_____

                                                      Anderson Kill P.C.
                                                      Marshall Gilinsky, Esq.
                                                      1251 Avenue of the Americas
                                                      New York, NY 10020
                                                      212-278-1000
                                                      mgilinsky@andersonkill.com

                                                      Attorneys for Defendant
                                                      JOSEPH ZELIK

## CERTIFICATE OF SERVICE

      I, Grant Brown, attorney for Defendant herein, hereby certify that, on August 23, 2019, a copy of DEFENDANT JOSEPH ZELIK'S RESPONSE TO PLAINTIFF GREAT AMERICAN INSURANCE COMPANY'S MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY was served on the attorneys listed by filling on the court's electronic filing system:

Mark Vespole
Nana Sarpong
Wilson Elser Moskowitz Edelman & Decker
200 Campus Drive, Suite #200
Florham Park, NJ 07932
Mark.vespole@wilsonelser.com
Nana.sarpong@wilsonelser.com
(973) 735-6134

Attorneys for Plaintiff/Counter-Defendant
Great American Insurance Company

Howard S. Kronberg
Keidel, Weldon & Cunningham, LLP
925 Westchester Avenue
White Plains, NY 10604
hkronberg@kwcllp.com
(914) 948-7000

Attorneys for Third-Party Defendant
Secure Insure Brokerage, Inc.

                                                                  _/s/ Grant Brown_____
                                                                  Grant Brown