UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE COMPANY,

           Plaintiff / Counter-Defendant,

-against-

JOSEPH ZELIK,

           Defendant / Counter-Plaintiff.

**CERTIFICATE OF SERVICE**

Case No.: 1:19-cv-01805-JSR

JOSEPH ZELIK,

           Third-Party Plaintiff,

-against-

SECURE INSURE BROKERAGE INC. f/k/a INSURE SECURE INC.,

           Third-Party Defendant.

    I, Howard Kronberg, attorney for Third-Party Defendant SECURE INSURE BROKERAGE INC. f/k/a INSURE SECURE INC. ("Secure Insure") herein, hereby certify that on August 27, 2019, a copy of Secure Insure's Second Request for the Production of Documents to Great American Insurance Company was served on all counsel in the matter, listed below, by email and U.S. mail:

    Mark R. Vespole
    Katherine E. Tammaro
    Nana K. Sarpong
    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
    200 Campus Drive, Suite 400
    Florham Park, New Jersey 07932
    Tel:    (973) 624-0800
    Fax:    (973) 624-0808
    Mark.Vespole@wilsonelser.com
    Katharine.Tammaro@wilsonelser.com
    Nana.Sarpong@wilsonelser.com

Marshall N. Gilinsky
Grant E. Brown
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
Tel:   (212) 278-1000
Fax:   (212) 278-1733
mgilinsky@andersonkill.com
gbrown@andersonkill.com

DATED:   White Plains, New York
         August 27, 2019

        **KEIDEL, WELDON & CUNNINGHAM, LLP**
        Attorneys for the Third-Party Defendant

        By:   ***Howard S. Kronberg***
             Howard S. Kronberg, Esq.
             925 Westchester Avenue, Suite 400
             White Plains, New York 10604
             Tel:   (914) 948-7000
             Fax:   (914) 948-7010
             hkronberg@kwcllp.com