UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE COMPANY,
    Plaintiff/Counter-Defendant,

-against-

JOSEPH ZELIK,
    Defendant/Counter-Plaintiff/Third-Party Plaintiff.

-against-

SECURE INSURE BROKERAGE, INC.,
    Third-Party Defendant

19-cv-1805 (JSR)

ERRATUM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/20

JED S. RAKOFF, U.S.D.J.

The Court hereby corrects the following error in the Memorandum Order signed on January 3, 2020, ECF No. 67, in the above-captioned case: On page 32, line 10, the word "rescission" is deleted and replaced with "reformation."

SO ORDERED.

Dated:    New York, NY

          January 10, 2020

                                  JED S. RAKOFF, U.S.D.J.